FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE CAMERON AND JANIN CAMERON, Country Mutual Insurance Company claimants, and all others similarly situated throughout Washington State and the United States of America,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an insurance company; COUNTRY FINANCIAL, an insurance conglomerate; COUNTRY CASUALTY INSURANCE COMPANY, an insurance company; COUNTRY PREFERRED INSURANCE COMPANY, an insurance company; COUNTRY INVESTOR LIFE ASSURANCE COMPANY, an insurance company; and COUNTRY LIFE INSURANCE COMPANY, an insurance company,<br><br>        Defendants. | No. 1:24-CV-03075-MKD<br><br>ORDER STRIKING MOTIONS TO DISMISS AND PLAINTIFFS' RESPONSE<br><br>**ECF Nos. 8, 11, 17** |

ORDER - 1

Before the Court are (1) Defendant Country Mutual Insurance Company's Motion to Dismiss and Motion to Strike Plaintiffs' Class Allegations ECF No. 8; (2) Defendants Country Casualty Insurance Company, Country Preferred Insurance Company, Country Investors Life Assurance Company, and Country Life Insurance Company's Joint Motion to Dismiss, ECF No. 11, and (3) Plaintiffs' Response to Defendants' Motion to Dismiss and Motion to Strike, ECF No. 17.

In relevant part, Local Civil Rule (LCivR) 10(d) provides as follows:

> All pleadings must be prepared in the equivalent of either a proportionately spaced typeface of 14 points or more or a monospaced typeface of no more than 10.5 characters per inch . . . . Text and footnotes must be double spaced.

All three of the above-listed filings use proportionately spaced typeface that is less than 14 points, and the text appears to be less than double-spaced, in violation of LCivR 10(d).

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **STRIKES** the following filings**:**

    a. Defendant Country Mutual Insurance Company's Motion to Dismiss and Motion to Strike Plaintiffs' Class Allegations **ECF No. 8**;

    b. Defendants Country Casualty Insurance Company, Country Preferred Insurance Company, Country Investors Life Assurance

ORDER - 2

Company, and Country Life Insurance Company's Joint Motion to Dismiss, **ECF No. 11**; and

c. Plaintiffs' Response to Defendants' Motion to Dismiss and Motion to Strike, **ECF No. 17**.

2. Defendants may refile their respective motions in a format that complies with the Local Rules **by no later than August 26, 2024.**

a. Plaintiffs shall refile their response in a format that complies with the Local Rules **by no later than September 3, 2024**.

b. Further briefing, including Plaintiffs' response brief to ECF No. 11 and Defendants' reply briefs, shall be filed in accordance with the deadlines set by LCivR 7(b)-(d).

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to counsel.

DATED August 20, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3